UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

In re: Adams

No. 14-1160

# Entry of Appearance

   Please enter my appearance as counsel for Jonathan R. Adams and Robert W. Adams. The parties I represent are Appellants. My address and telephone number are:

   Michael E. Crawford
   NIXON & VANDERHYE P.C.
   901 N. Glebe Rd.
   Arlington, VA 22203
   Phone: 703-816-4000
   Fax:    703-816-4100
   E-mail: mec@nixonvan.com

I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar: 3/23/2005

   This is not my first appearance before the United States Court of Appeals for the Federal Circuit.

December 30, 2013          /s/ *Michael E. Crawford*
                           Michael E. Crawford
                           mec@nixonvan.com
                           NIXON & VANDERHYE P.C.
                           901 North Glebe Road
                           Arlington, Virginia 22203
                           Telephone: 703-816-4000
                           Facsimile: 703-816-4100

                           *Attorney for Appellants*

2279291

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on ⬚ Dec 30, 2013 by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
    (by email or CM/ECF)

| Michael E. Crawford | /s/ Michael E. Crawford |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Nixon & Vanderhye P.C.

Address: 901 N. Glebe Road

City, State, ZIP: Arlington, VA 22203

Telephone Number: 703-816-4000

FAX Number: 703-816-4100

E-mail Address: mec@nixonvan.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.