# Nixon & Vanderhye P.C.

| | |
|---|---|
| Attorneys at Law | Telephone:    703-816-4000 |
| 901 North Glebe Road | Facsimile:    703-816-4100 |
| 11th Floor | Direct dial:    703-816-4058 |
| Arlington, Virginia 22203 | E-mail:    mec@nixonvan.com |

February 18, 2014

**By ECF**
Clerk of Court
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| *Subject:* | *In re Jonathan R. Adams, Robert W. Adams* |
| *Appeal No:* | *2014-1160* |
| *Our Ref:* | *1444-7* |

## Notice of Correction

Dear Sir or Madam:

The following changes were made to the Feb. 14, 2014 principal Brief for Appellants in this appeal when a corrected version of the brief was filed that same day:

Page 12, last paragraph, line 1:  "**Neither Lewis nor**" changed to "**Lewis and**"

Page 12, last paragraph.  Add to end of first sentence:  "**for a lacrosse shaft**"

Very truly yours,
**NIXON & VANDERHYE P.C.**

/s/ *Michael E. Crawford*

Michael E. Crawford
mec@nixonvan.com

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on by:

| 2/18/2014 |

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Michael E. Crawford |

Name of Counsel

| /s/  Michael E. Crawford |

Signature of Counsel

Law Firm | Nixon & Vanderhye P.C. |

Address | 901 N. Glebe Road |

City, State, ZIP | Arlington, VA 22203 |

Telephone Number | 703-816-4000 |

FAX Number | 703-816-4100 |

E-mail Address | mec@nixonvan.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.