# Nixon & Vanderhye P.C.

Attorneys at Law
901 North Glebe Road
11th Floor
Arlington, Virginia 22203

Telephone: 703-816-4000
Facsimile: 703-816-4100
Direct dial: 703-816-4058
E-mail: mec@nixonvan.com

February 18, 2014

**By ECF**
Clerk of Court
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

> *Subject:*    *In re Jonathan R. Adams, Robert W. Adams*
> *Appeal No:*    *2014-1160*
> *Our Ref:*    *1444-7*

## Notice of Correction

Dear Sir or Madam:

The following changes were made to the Feb. 14, 2014 corrected Brief for Appellants in this appeal when a Second Corrected Brief for Appellants was filed on Feb. 18, 2014:

Cover page - Official caption modified to replace " **AND**" with "**,**"

Cover page - "**Second Corrected**" inserted before document title

Cover page - appellants' names under document title: " **and**" changed to "**,**"

Page 3, first paragraph, line 2: "**8**" changed to "**7**"

Page 3, first paragraph, line 3: "**4**" changed to "**7**" and "**7**" changed to "**8**"

Page 3, first paragraph, line 4: "**7**" changed to "**4**" and (second) "**7**" changed to "**8**"

Page 10, last full paragraph, line 4: "**7**" changed to "**4**"

Page 16, first full paragraph, line 5: inserted "**and**" before the word "it"

Page 20, first paragraph, line 4: "**7**" changed to "**4**"

                                                   Very truly yours,
                                                   **NIXON & VANDERHYE P.C.**

                                                   /s/ *Michael E. Crawford*
                                                   Michael E. Crawford
                                                   mec@nixonvan.com

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  　2/18/2014　  by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
　(by email or CM/ECF)

| Michael E. Crawford | /s/ Michael E. Crawford |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm　Nixon & Vanderhye P.C.

Address　901 N. Glebe Road

City, State, ZIP　Arlington, VA 22203

Telephone Number　703-816-4000

FAX Number　703-816-4100

E-mail Address　mec@nixonvan.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.